# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:21-CR-00177 |
| | : | |
| v. | : | |
| | : | |
| REGINALD HOPKINS | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of April, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendant's motion to dismiss the indictment, Doc. 66, is **DENIED** with respect to Count 1 of the indictment.

2. Defendant's motion to dismiss the indictment, Doc. 66, is **GRANTED** with respect to Count 2 of the indictment. Count 2 of the indictment is **DISMISSED WITH PREJUDICE**.

3. A telephone status conference is **SCHEDULED** for Thursday, April 27, 2023 at 9:00 a.m. Counsel shall call the court's conference calling number at (877) 336-1828, access code 2529544.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania