# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:21-CR-0177 |
| | : | |
| v. | : | |
| | : | |
| REGINALD L. HOPKINS | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of November, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** Defendant's motion to dismiss the superseding indictment, Doc. 203, is **DENIED**.

                                                   s/Jennifer P. Wilson
                                                   JENNIFER P. WILSON
                                                   United States District Judge
                                                   Middle District of Pennsylvania